UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA WALKER, et al.,  )<br>           )<br>           Plaintiffs,   )<br>           )<br>     v.    )<br>           )<br>COUNTY OF SANTA CLARA, et al.,  )<br>           )<br>           Defendants.   )<br>_____ ) | Case No.: C 10-04668 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 4, 2011, Plaintiffs requested a continuance of the case management conference currently scheduled for January 11, 2011 to give Plaintiffs time to amend and to serve the Second Amended Complaint and to attempt to resolve this matter through mediation.

IT IS HEREBY ORDERED that the case management conference is continued to 2:00 p.m. on March 15, 2011. The parties shall file a Joint Case Management Conference Statement no later than March 8, 2011.

Dated: January 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER