1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528                **E-Filed 4/27/2011**
2  **LAW OFFICES OF CHARLES A. BONNER**
   475 GATE 5 RD, SUITE 212
3  SAUSALITO, CA 94965
4  TEL: (415) 331-3070
   FAX: (415) 331-2738
5  cabral@bonnerlaw.com

6

7  ATTORNEYS FOR PLAINTIFFS
   LORI MARZIANO

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

| THRESSA WALKER, GEETA SINGH, and KAI IHNKEN | **Case No. 10-cv-04668 -JF** |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER REGARDING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| v. | Date: April 29, 2011 |
| COUNTY OF SANTA CLARA; SANTA CLARA VALLEY MEDICAL CENTER; HOLLISTER BREWSTER M.D.;  ALFONSO BANUELOS, M.D. and DOLLY GOEL, M.D. and DOES 1 through 50, inclusive, | Time: 10:30 a.m.<br>Dept.: 3<br>Judge: Hon. Jeremy D. Fogel |
| Defendants. | |

23  //
24  //
25  //
26  //
27
28

   **[PROPOSED ORDER] REGARDING REQUEST FOR TELEPHONIC APPEARANCE**
                                                                    -1-

1  Plaintiffs THRESSA WALKER, GEETA SINGH, and KAI IHNKEN (hereinafter

2  "PLAINTIFFS) may participate in the upcoming CASE MANAGEMENT CONFERENCE BY

3  TELEPHONE scheduled to be heard on April 29, 2011 at 10:30 in Department 3 of the above

4  referenced courthouse. Plaintiffs' counsel should call <u>contact Court Call at 866-582-6878</u> at

5  in ADVANCE of the hearing to arrange for the telephonic appearance.

~~approximately _____ a.m. to participate.~~

6

7  DATED: 4/27/2011

8  JUDGE JEREMY D. FOGEL

*(signature)*

[PROPOSED ORDER] REGARDING REQUEST FOR TELEPHONIC APPEARANCE

-2-