1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   ROBERT M. COELHO, Lead Deputy County Counsel (S.B. #160583)
2  GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
   MICHAEL A. WAHLANDER, Deputy County Counsel (S.B. #260781)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
4  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
5  Facsimile:  (408) 292-7240

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA and its
7  SANTA CLARA VALLEY MEDICAL
   CENTER, HOLLISTER BREWSTER, M.D.,
8  ALFONSO BANUELOS, M.D., DOLLY
   GOEL, M.D., and PETER GREGOR, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| THRESSA WALKER, GEETA SINGH, M.D., AND KAI IHNKEN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, HOLLISTER BREWSTER, M.D., ALFONSO BANUELOS, M.D., DOLLY GOEL, M.D., AND DOES 1 through 50, inclusive, <br><br> Defendants. | No.   10-CV-04668 JF <br><br> **STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order enlarging time until May 28, 2011, for Defendants County of Santa Clara and its Santa Clara Valley Medical Center, Alfonso Banuelos, M.D., Dolly Goel, M.D., Hollister Brewster, M.D., and Peter Gregor, M.D., to file and serve a response to the second amended complaint of Plaintiffs Thressa Walker, Geeta Singh, M.D, and Kai Ihnken, M.D.  The second amended complaint was served by mail on April 4, 2011 and received by defense counsel on April 8, 2011.

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Enlarging
Time for Defendants to Respond to
Plaintiffs' Second Amended Complaint         1                    10-CV-04668 JF

Good cause exists for this enlargement of time (30 additional days) given the time and effort that will be necessary to prepare an appropriate responsive pleading. The second amended complaint involves varied claims by three plaintiffs, comprises 74 pages, and sets forth 27 causes of action in 310 paragraphs. Specifically, the claims of Plaintiff Thressa Walker are as follows:

1. Retaliation under FEHA (California Government Code section 12940 (h)) against all defendants. This code section prohibits discrimination based on an individual opposing forbidden practices or filing a complaint relating to such practices.

2. Retaliation in violation of California Health and Safety Code section 1278.5 against the County. This code section prohibits retaliation against an individual for complaining to a governmental entity responsible for regulating and accrediting a health facility.

3. Retaliation in violation of 42 U.S.C. § 1983 against all defendants. Walker alleges that defendants violated her First and Fourteenth Amendment rights by engaging in unlawful retaliation. Walker seeks punitive damages against Brewster.

4. Invasion of Privacy against all defendants. Walker seeks punitive damages against Brewster.

5. Slander Per Se against all defendants. Walker alleges that the allegations made against her regarding HIPAA violations and her performance were false and slanderous. Walker seeks punitive damages against Brewster.

6. Retaliation in violation of California Labor Code section 1102.5 against the County and VMC. This code section prohibits retaliation against a person for disclosing violations of the law to a government agency.

7. Intentional Infliction of Emotional Distress against all defendants. Walker seeks punitive damages against Brewster.

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Enlarging
Time for Defendants to Respond to
Plaintiffs' Second Amended Complaint         2                        10-CV-04668 JF

The claims of Plaintiff Geeta Singh, M.D., are as follows:

1. Retaliation under FEHA (Government Code section 12940(h)) against the County and VMC.
2. Retaliation in violation of California Health and Safety Code section 1278.5 against the County and VMC.
3. Retaliation in violation of 42 U.S.C. § 1983 against all defendants. Singh alleges that defendants violated her First and Fourteenth Amendment rights by engaging in unlawful retaliation. Singh seeks punitive damages against Brewster, Banuelos, and Gregor.
4. Retaliation in violation of California Labor Code section 1102.5 against the County and VMC.
5. Violations of the Federal Unequal Pay Act (29 U.S.C. § 206); FEHA (Government Code section 12940(a)); and Labor Code section 1197.5 against the County and VMC.
6. Discrimination/Disparate Treatment in violation of Title VII and FEHA against the County and VMC.
7. Discrimination/Hostile Work Environment in violation of Title VII and FEHA against the County, VMC, and Brewster. Singh seeks punitive damages against Brewster.
8. Invasion of Privacy in violation of the Fourth Amendment and Article 1 of the California Constitution against the County, VMC, Banuelos, Brewster, and Gregor. Singh seeks punitive damages against Brewster, Banuelos, and Gregor.
9. Slander against the County, VMC, Brewster, and Gregor. Singh seeks punitive damages against Brewster and Gregor.
10. Intentional Infliction of Emotional Distress against the County, VMC, Brewster, and Gregor. Singh seeks punitive damages against Brewster and Gregor.

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Enlarging
Time for Defendants to Respond to
Plaintiffs' Second Amended Complaint         3                    10-CV-04668 JF

Last, the claims of Plaintiff Kai Ihnken, M.D., are as follows:

1. Retaliation in violation of California Health and Safety Code section 1278.5 against the County and VMC.

2. Retaliation in violation of 42 U.S.C. § 1983 against all defendants. Ihnken alleges that defendants violated his First and Fourteenth Amendment rights by engaging in unlawful retaliation. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

3. Fraud under California Civil Code section 1709 against all defendants. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

4. Inducing Breach of Contract against Banuelos, Brewster, and Goel. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

5. Tortious Intentional Interference with Contractual Relations against Banuelos, Brewster, and Goel. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

6. Tortious Intentional Interference with Prospective Economic Advantage against Banuelos, Brewster, and Goel. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

7. Invasion of Privacy in violation of the Fourth Amendment and Article 1 of the California Constitution against the County, Banuelos, and Goel. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

8. Intentional Infliction of Emotional Distress against Banuelos, Brewster, and Goel. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

9. Slander against the County, VMC, Banuelos, Brewster, and Goel. Ihnken seeks punitive damages against Banuelos, Brewster, and Goel.

//
//
//
//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Enlarging
Time for Defendants to Respond to
Plaintiffs' Second Amended Complaint          4                    10-CV-04668 JF

10. Breach of the Implied Covenant of Good Faith and Fair Dealing against the County and VMC.

IT IS SO STIPULATED

                                      LAW OFFICES OF
                                      BONNER & BONNER

Dated: April ___, 2011        By:   _____
                                          A. CABRAL BONNER, ESQ.

                                      Attorney for Plaintiffs
                                      THRESSA WALKER, GEETA SINGH,
                                      M.D. and KAI IHNKEN, M.D.


                                      MIGUEL MÁRQUEZ
                                      County Counsel

Dated: April 20, 2011        By:           /S/
                                          GREGORY J. SEBASTINELLI
                                      Deputy County Counsel

                                      Attorneys for Defendants
                                      COUNTY OF SANTA CLARA and its
                                      SANTA CLARA VALLEY MEDICAL
                                      CENTER, HOLLISTER BREWSTER,
                                      M.D., ALFONSO BANUELOS, M.D.,
                                      DOLLY GOEL, M.D., and PETER
                                      GREGOR, M.D.

**ORDER**

IT IS SO ORDERED. Defendants may have to and including May 28, 2011 by which to file and serve a response to Plaintiffs' second amended complaint.

Dated: 4/29/11                                  _____
                                                 HONORABLE JEREMY D. FOGEL
                                                 United States District Court Judge

400467.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Enlarging
Time for Defendants to Respond to
Plaintiffs' Second Amended Complaint      5      10-CV-04668 JF

1       10. Breach of the Implied Covenant of Good Faith and Fair Dealing against the County and VMC.

IT IS SO STIPULATED

Dated: April 20, 2011            By: _____
LAW OFFICES OF
BONNER & BONNER

A. CABRAL BONNER, ESQ.

Attorney for Plaintiffs
THRESSA WALKER, GEETA SINGH,
M.D. and KAI IHNKEN, M.D.

MIGUEL MÁRQUEZ
County Counsel

Dated: April ___, 2011            By: _____
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and its
SANTA CLARA VALLEY MEDICAL
CENTER, HOLLISTER BREWSTER,
M.D., ALFONSO BANUELOS, M.D.,
DOLLY GOEL, M.D., and PETER
GREGOR, M.D.

## ORDER

IT IS SO ORDERED. Defendants may have to and including May 28, 2011 by which to file and serve a response to Plaintiffs' second amended complaint.

Dated: _____            _____
HONORABLE JEREMY D. FOGEL
United States District Court Judge

400467.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Enlarging
Defendants' Time to Respond to
Plaintiffs' Second Amended Complaint      5      10-CV-04668 JF