MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
ROBERT M. COELHO, Lead Deputy County Counsel (S.B. #160583)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
MICHAEL A. WAHLANDER, Deputy County Counsel (S.B. #260781)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and its
SANTA CLARA VALLEY MEDICAL
CENTER, HOLLISTER BREWSTER, M.D.,
ALFONSO BANUELOS, M.D., DOLLY
GOEL, M.D., and PETER GREGOR, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| THRESSA WALKER et al., | No. 10-CV-04668 RS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO PARTICIPATE IN PRIVATE ADR/MEDIATION** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

     The parties, through their respective counsel of record, hereby stipulate and agree to an order enlarging time to participate in private mediation from December 10, 2011 until March 1, 2012. The parties scheduled (subject to Court approval) a two-day mediation with mediator, Charles F. Hawkins, to take place on February 27 and 28, 2012.

     Good cause exists for this enlargement of time since the parties have been (and are continuing to be) actively engaged in written discovery and document production in preparation for taking those depositions necessary for a productive mediation. At this time, the parties are scheduling such depositions and expect them to occur by January 13, 2012. Further, although this case is presently "at issue" respecting the Third Amended Complaint, Plaintiffs are desirous

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Enlarging
Time to Participate in Private ADR/Mediation     1     10-CV-04668 RS

of filing a Fourth Amended Complaint adding new allegations and one additional cause of action.

    By way of background, on April 22, 2011 the parties submitted a Stipulation and [Proposed] Order Selecting ADR Process anticipating their participation in private mediation with Mr. Hawkins by September/October 2011.  Thereafter, on June 2, 2011 Plaintiffs requested and later obtained leave of court to file a Third Amended Complaint allowing Defendants 45 days to file responsive pleadings.  On June 10, the parties appeared at a further case management conference before Judge Jeremy D. Fogel.  Through their further CMC statement, the parties advised Judge Fogel that they anticipated participating in private mediation within six months (i.e., by December 10, 2011).  Recently, Plaintiffs submitted for the Court's consideration a stipulation seeking leave to file a Fourth Amended Complaint and allowing Defendants 30 days to file responsive pleadings. Therefore, assuming leave is granted this case will not be "at issue" respecting the Fourth Amended Complaint until mid or late December 2011.

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

MIGUEL MÁRQUEZ
County Counsel

Dated: November 8, 2011    By:    /S/
    GREGORY J. SEBASTINELLI
    Deputy County Counsel

Attorneys for Defendants

LAW OFFICES OF
CHARLES & BONNER

Dated: November 8, 2011    By:    /S/
    CHARLES A. BONNER

Attorneys for Plaintiffs

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Enlarging
Time to Participate in Private ADR/Mediation    2    10-CV-04668 RS

1 **[PROPOSED] ORDER**

2

3   IT IS SO ORDERED that the time for the parties to participate in private mediation is

4 enlarged until March 1, 2012.

5

6 Dated: __11/22/11_____     _____

7   RICHARD SEEBORG
    United States District Court Judge

28 491960.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Enlarging
Time to Participate in Private ADR/Mediation          3                  10-CV-04668 RS