1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   ROBERT M. COELHO, Lead Deputy County Counsel (S.B. #160583)
2  GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA AND ITS SANTA
   CLARA VALLEY MEDICAL CENTER,
7  HOLLISTER BREWSTER, M.D., ALFONSO
   BANUELOS, M.D., DOLLY GOEL, M.D., AND
8  PETER GREGOR, M.D.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | THRESSA WALKER et al.,              | No.    10-CV-04668 RS
13 |         Plaintiffs,                 | **STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE FOURTH AMENDED COMPLAINT OF PLAINTIFF THRESSA WALKER IN FAVOR OF DEFENDANTS COUNTY OF SANTA CLARA, ALFONSO BANUELOS, M.D., AND HOLLISTER BREWSTER, M.D.**
14 | v.                                  |
15 | COUNTY OF SANTA CLARA et al.,       |
16 |         Defendants.                 |

17

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                 1

1  The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Fourth Amended Complaint filed by Plaintiff Thressa Walker as against Defendants County of Santa Clara, Alfonso Banuelos, M.D., and Hollister Brewster, M.D., in connection with the above-referenced matter.  The parties further stipulate and agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

Dated:  May 11, 2012May 16, 2012          By:       /S/
                                          GREGORY J. SEBASTINELLI
                                          Deputy County Counsel

                                          Attorneys for Defendants
                                          COUNTY OF SANTA CLARA AND ITS
                                          SANTA CLARA VALLEY MEDICAL
                                          CENTER, HOLLISTER BREWSTER, M.D.,
                                          AND ALFONSO BANUELOS, M.D.


LAW OFFICES OF BONNER & BONNER

Dated: May 14, 2012                       By:       /S/
                                          CHARLES A. BONNER, ESQ.

                                          Attorneys for Plaintiff
                                          THRESSA WALKER


IT IS SO ORDERED.

Dated:  5/17/12
                                          HONORABLE RICHARD SEEBORG
                                          United States District Court Judge

581392.DOC

2