1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF CHARLES A. BONNER**
   475 GATE FIVE RD, SUITE 212
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738
   cbonner799@aol.com
5  cabral@bonnerlaw.com

6  ATTORNEYS FOR PLAINTIFFS

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  GEETA  SINGH, M.D. and KAI IHNKEN,)   Case No.: 5:10-cv-04668-RS
    M.D.,                            )
13                                   )   STIPULATION TO ENLARGE TIME TO
                  Plaintiff,         )   RESPOND TO DEFENDANTS' MOTION
14                                   )   TO SEVER AND [~~PROPOSED~~] ORDER
         vs.                         )
15  COUNTY OF SANTA CLARA; SANTA     )
    CLARA VALLEY MEDICAL CENTER;     )
16  HOLLISTER BREWSTER M.D.; ALFONSO )
    BANUELOS, M.D. and DOLLY GOEL, M.D.
17  and DOES 1 through 50, inclusive,
18              Defendant
    _____

19  IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective

20  attorneys of record, as indicated by their signatures below, to grant Plaintiffs additional time to

21  respond to Defendants' motion to sever due to the winter holiday.

22      Defendants timely filed their motion on December 13, 2012. The motion is set for

23  hearing on January 17, 2013.  Plaintiffs' opposition motion is due on December 27, 2012, two

24  days after the Christmas Holiday.

25      Subject to Court approval, the parties hereby stipulate that Plaintiffs' opposition brief will

26  be due on January 3, 2013 and Defendants' reply brief will be due on January 10, 2013.

27  //

28  //

Dated: **December 18, 2012**

**RESPECTFULLY SUBMITTED,**
**LAW OFFICES OF BONNER & BONNER**

/s/*A. Cabral Bonner*
A. Cabral Bonner
Attorney for Plaintiff

Dated: _December  20_, **2012**

**RESPECTFULLY SUBMITTED**
LORI E. PEGG, ACTING COUNTY COUNSEL

GREGORY J. SEBASTINELLI
Deputy County Counsel
Attorneys for County Defendants

[PROPOSED] ORDER

IT IS SO ORDERED, PLAINTIFFS' OPPOSITION BRIEF WILL BE DUE ON JANUARY 3,
2013 AND DEFENDANTS' REPLY BRIEF WILL BE DUE ON JANUARY 10, 2013.

Dated:  _12/21/12_

HON RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE