IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEETA SINGH, et al., | No. C 10-04668 RS |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

Pursuant to the order of February 5, 2013, plaintiffs' cases are severed. Going forward, Kai Ihnken's case will receive a new case number.

IT IS SO ORDERED.

Dated: 2/21/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE