IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KAI IHNKEN,

        Plaintiff,

  v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.
_____/

No. C 13-00776 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 21, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION.  As discovery progresses, the parties shall revisit the question of whether ADR will be productive to the case.

      2.    DISCOVERY.  On or before July 5, 2013 all non-expert discovery shall be completed by the parties.

      3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The

1 joint letter must be electronically filed under the Civil Events category of "Motions and Related

2 Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter

3 is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge

4 may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After

5 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that

6 Judge's procedures.

7     4. EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and

8 opinions shall proceed as follows:

9     A. On or before July 12, 2013, parties will make initial expert disclosures in

10 accordance with Federal Rule of Civil Procedure 26(a)(2).

11     B. On or before July 26, 2013, parties will designate their supplemental and rebuttal

12 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

13     C. On or before August 16, 2013, all discovery of expert witnesses pursuant to

14 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

15     5. FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

16 Management Conference shall be held on **April 18, 2013 at 10:00 a.m.** in Courtroom 3, 17th

17 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

18 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

19     6. PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

20 Civil Local Rule 7.  An additional ten (10) pages shall be permitted in the Motion for Summary

21 Judgment and Opposition to such Motion.  All pretrial motions shall be heard no later than

22 **September 19, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

23 Golden Gate Avenue, San Francisco, California.

24     7. PRETRIAL CONFERENCE.  The final pretrial conference will be held on

25 **November 21, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

CASE MANAGEMENT SCHEDULING ORDER

2

Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

      8.    TRIAL DATE.   Trial shall commence on **December 9, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  2/22/13

_____
RICHARD SEEBORG
United States District Judge