IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KAI IHNKEN,

        Plaintiff,

  v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.

_____/

No. C 13-00776 RS

**REVISED CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 18, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION. The parties are hereby REFERRED to Magistrate Judge James for the purpose of conducting a settlement conference to take place, ideally, within the next thirty (30) days.

    2.    DISCOVERY. On or before August 2, 2013 all non-expert discovery shall be completed by the parties.

    3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not

1  more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The
2  joint letter must be electronically filed under the Civil Events category of "Motions and Related
3  Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter
4  is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge
5  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After
6  a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
7  Judge's procedures.

8       4.     EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
9  opinions shall proceed as follows:

10       A.     On or before August 16, 2013, parties will make initial expert disclosures in
11  accordance with Federal Rule of Civil Procedure 26(a)(2).

12       B.     On or before August 30, 2013, parties will designate their supplemental and
13  rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

14       C.     On or before September 20, 2013, all discovery of expert witnesses pursuant to
15  Federal Rule of Civil Procedure 26(b)(4) shall be completed.

16       5.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
17  Civil Local Rule 7.  An additional ten (10) pages shall be permitted in the Motion for Summary
18  Judgment and Opposition to such Motion.  All pretrial motions shall be heard no later than
19  **September 19, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
20  Golden Gate Avenue, San Francisco, California.

21       6.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on
22  **November 21, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
23  Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the
24  case shall attend personally.

1  7.     TRIAL DATE.   Trial shall commence on **December 9, 2013 at 9:00 a.m.**, in
2  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
3  California.
4        IT IS SO ORDERED.

6  DATED:  4/18/13

                                    _____
                                    RICHARD SEEBORG
                                    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER