CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KAI IHNKEN,<br><br>                     Plaintiff,<br>v.<br>COUNTY OF SANTA CLARA et al.,<br><br>                     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 13-00776 RS (MEJ)<br><br>STIPULATION AND PROPOSED ORDER TO ENLARGE TIME TO COMPLETE MANDATORY SETTLEMENT CONFERENCE FROM TO APRIL 30, 2013 TO MAY 29, 2013 |

On April 18, 2013, the parties attended a Case Management Conference before Judge Seeborg.  Following the CMC, the Court ordered this matter to Magistrate Judge James for the purpose of conducting a settlement conference to take place, ideally, within thirty (30) days from the date of the Order.  Also on April 18, 2013, Magistrate Judge James issued an Order scheduling the settlement conference for Tuesday, April 30, 2013, at 10:00 a.m.

Due to calendar conflicts between the parties for the April 30, 2013 date, the parties agreed to May 29, 2013, and have calendared this date with Magistrate Judge James' calendar clerk. Hence, the good cause reason for an order extending time to complete the settlement conference in this case.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, CHARLES A. BONNER of THE LAW OFFICES OF BONNER &

BONNER, attorney for Plaintiff, and GREGORY J. SEBASTINELLI, DEPUTY COUNTY COUNSEL COUNTY OF SANTA CLARA, attorney for all Defendants, as indicated by their signatures below, to extend the time to conduct the settlement conference to May 29, 2013.

Dated: April 24, 2013                 **RESPECTFULLY SUBMITTED**
                                      **LAW OFFICES OF BONNER & BONNER**


                                      By: */s/ A. Cabral Bonner*
Dated: April 24, 2013                 A.CABRAL BONNER,
                                      Attorney for Plaintiffs


                                      By:/s/  Gregory J. Sebastinelli
                                      GREGORY J. SEBASTINELLI,
                                      DEPUTY COUNTY COUNSEL
                                      COUNTY OF SANTA CLARA

IT IS SO ORDERED:

_____
Hon.Maria-Elena James
United States Magistrate Judge

DATED:  April 29, 2013