ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA AND ITS SANTA CLARA VALLEY MEDICAL CENTER,
HOLLISTER BREWSTER, M.D., ALFONSO BANUELOS, M.D., and DOLLY GOEL, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| KAI IHNKEN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>Defendants. | No.   C13-00776 RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING FIFTH AMENDED COMPLAINT WITH PREJUDICE AGAINST DEFENDANTS COUNTY OF SANTA CLARA AND DOES 1 THROUGH 50, INCLUSIVE** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Fifth Amended Complaint filed by Plaintiff Kai Ihnken, M.D., as against Defendants County of Santa Clara and DOES 1 Through 50, Inclusive. These parties participated in a magistrate-supervised settlement conference before Magistrate Judge Maria-Elena James on May 29, 2013. At that time, the parties entered into a compromise settlement, the basic terms of the compromise settlement were placed on the record in open court, and a full and final settlement agreement was executed by Plaintiff and his counsel.

/ /

/ /

/ /

/ /

1

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 "conformed" signature (/S/) within this efiled document.

3                                             LAW OFFICES OF BONNER & BONNER

5 Dated: June 13, 2013         By:       /S/
                                             A. CABRAL BONNER, ESQ.

                                             Attorneys for Plaintiff
                                           KAI IHNKEN

                                           ORRY P. KORB
                                           County Counsel

11 Dated: June 17, 2013         By:       /S/
                                             GREGORY J. SEBASTINELLI
                                           Deputy County Counsel

                                           Attorneys for Defendants
                                           COUNTY OF SANTA CLARA AND ITS
                                           SANTA CLARA VALLEY MEDICAL
                                           CENTER, HOLLISTER BREWSTER, M.D.,
                                           ALFONSO BANUELOS, M.D., and DOLLY
                                           GOEL, M.D.

                                                     **ORDER**

21     IT IS SO ORDERED.

23 Dated: 6/19/13

                                             HONORABLE RICHARD SEEBORG
                                           United States District Court Judge

766985.DOC

2

Stipulation and [Proposed] Order Dismissing Fifth Amended                  C13-00776 RS
Complaint with Prejudice Against County of Santa Clara