1  ORRY P. KORB, County Counsel (S.B. #114399)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA AND ITS SANTA
   CLARA VALLEY MEDICAL CENTER,
7  HOLLISTER BREWSTER, M.D., ALFONSO
   BANUELOS, M.D., and DOLLY GOEL, M.D.
8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| KAI IHNKEN, | No.   C13-00776 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING FIFTH AMENDED COMPLAINT WITH PREJUDICE AGAINST DEFENDANTS COUNTY OF SANTA CLARA AND DOES 1 THROUGH 50, INCLUSIVE** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Fifth Amended Complaint filed by Plaintiff Kai Ihnken, M.D., as against Defendants County of Santa Clara and DOES 1 Through 50, Inclusive.  These parties participated in a magistrate-supervised settlement conference before Magistrate Judge Maria-Elena James on May 29, 2013.  At that time, the parties entered into a compromise settlement, the basic terms of the compromise settlement were placed on the record in open court, and a full and final settlement agreement was executed by Plaintiff and his counsel.

/ /

/ /

/ /

/ /

1

Stipulation and [Proposed] Order Dismissing Fifth Amended                    C13-00776 RS
Complaint with Prejudice Against County of Santa Clara

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3  LAW OFFICES OF BONNER & BONNER

5  Dated: June 13, 2013                By:           /S/
                                       A. CABRAL BONNER, ESQ.

   Attorneys for Plaintiff
7  KAI IHNKEN

9  ORRY P. KORB
   County Counsel

11 Dated: June 17, 2013                By:           /S/
                                       GREGORY J. SEBASTINELLI
12                                     Deputy County Counsel

13 Attorneys for Defendants
   COUNTY OF SANTA CLARA AND ITS
14 SANTA CLARA VALLEY MEDICAL
   CENTER, HOLLISTER BREWSTER, M.D.,
15 ALFONSO BANUELOS, M.D., and DOLLY
   GOEL, M.D.

19                                 **ORDER**

21 IT IS SO ORDERED.

23 Dated: 6/19/13
                                       _____
24                                     HONORABLE RICHARD SEEBORG
                                       United States District Court Judge

766985.DOC

2

Stipulation and [Proposed] Order Dismissing Fifth Amended                C13-00776 RS
Complaint with Prejudice Against County of Santa Clara