ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA AND ITS SANTA
CLARA VALLEY MEDICAL CENTER,
HOLLISTER BREWSTER, M.D., ALFONSO
BANUELOS, M.D., and DOLLY GOEL, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| KAI IHNKEN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>Defendants. | No.   C13-00776 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING FIFTH AMENDED COMPLAINT WITH PREJUDICE AGAINST DEFENDANTS ALFONSO BANUELOS, M.D., DOLLY GOEL, M.D., AND HOLLISTER BREWSTER, M.D.** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Fifth Amended Complaint filed by Plaintiff Kai Ihnken, M.D., as against Defendants Alfonso Banuelos, M.D., Dolly Goel, M.D., and Hollister Brewster, M.D. Each side agrees to bear their own costs and attorney's fees.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

LAW OFFICES OF BONNER & BONNER

Dated: June 13, 2013     By:      /S/
                                  A. CABRAL BONNER, ESQ.

                                  Attorneys for Plaintiff
                                  KAI IHNKEN


                                  ORRY P. KORB
                                  County Counsel

Dated: June 17, 2013     By:      /S/
                                  GREGORY J. SEBASTINELLI
                                  Deputy County Counsel

                                  Attorneys for Defendants
                                  COUNTY OF SANTA CLARA AND ITS
                                  SANTA CLARA VALLEY MEDICAL
                                  CENTER, HOLLISTER BREWSTER, M.D.,
                                  ALFONSO BANUELOS, M.D., and DOLLY
                                  GOEL, M.D.

**ORDER**

IT IS SO ORDERED.

Dated: 6/20/13                    _____
                                  HONORABLE RICHARD SEEBORG
                                  United States District Court Judge

766991.DOC

2

Stipulation and [Proposed] Order Dismissing Fifth Amended                    C13-00776 RS
Complaint with Prejudice Against Defendants