1  ORRY P. KORB, County Counsel (S.B. #114399)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA AND ITS SANTA
   CLARA VALLEY MEDICAL CENTER,
7  HOLLISTER BREWSTER, M.D., ALFONSO
   BANUELOS, M.D., and DOLLY GOEL, M.D.
8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| KAI IHNKEN, | No.   C13-00776 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING FIFTH AMENDED COMPLAINT WITH PREJUDICE AGAINST DEFENDANTS ALFONSO BANUELOS, M.D., DOLLY GOEL, M.D., AND HOLLISTER BREWSTER, M.D.** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Fifth Amended Complaint filed by Plaintiff Kai Ihnken, M.D., as against Defendants Alfonso Banuelos, M.D., Dolly Goel, M.D., and Hollister Brewster, M.D.  Each side agrees to bear their own costs and attorney's fees.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

LAW OFFICES OF BONNER & BONNER

Dated:  June 13, 2013            By:  _____/S/_____
                                      A. CABRAL BONNER, ESQ.

                                 Attorneys for Plaintiff
                                 KAI IHNKEN


                                 ORRY P. KORB
                                 County Counsel

Dated:  June 17, 2013            By:  _____/S/_____
                                      GREGORY J. SEBASTINELLI
                                      Deputy County Counsel

                                 Attorneys for Defendants
                                 COUNTY OF SANTA CLARA AND ITS
                                 SANTA CLARA VALLEY MEDICAL
                                 CENTER, HOLLISTER BREWSTER, M.D.,
                                 ALFONSO BANUELOS, M.D., and DOLLY
                                 GOEL, M.D.

**ORDER**

IT IS SO ORDERED.

Dated: 6/20/13                   _____
                                 HONORABLE RICHARD SEEBORG
                                 United States District Court Judge

766991.DOC

2

Stipulation and [Proposed] Order Dismissing Fifth Amended                    C13-00776 RS
Complaint with Prejudice Against Defendants